BROWNSTEIN THOMAS, LLP
MARK C. THOMAS SBN: 215580
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Telephone: 415-986-1338
Facsimile: 415-986-1231

Attorneys for Plaintiff
Michael Davenport

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,

vs.

SALESFORCE4HIRE LLC,

    Defendant.

Case No.:

**COMPLAINT FOR DISABILITY DISCRIMINATION; FAILURE TO ACCOMMODATE; AND RETALIATION**

Plaintiff Michael Davenport ("Plaintiff" or "Davenport"), an individual, through his attorneys of record, hereby alleges and complains as follows:

**JURISDICTION AND VENUE**

1. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332. At all relevant times, Plaintiff Michael Davenport was a resident of California, and Defendant Salesforce4hire LLC is organized under the laws of Ohio and has its principal place of business in North Carolina. The amount in controversy in this action exceeds $75,000.00.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) and (c) in that a substantial part of the events or omissions giving rise to this action occurred in the Northern District of California. Moreover, Salesforce4hire LLC is subject to personal jurisdiction in the Northern District of California.

## PARTIES

3. Plaintiff is an individual over the age of eighteen (18) and is now, and at all times mentioned in this Complaint, was a resident of California.

4. Defendant Salesforce4hire LLC is a limited liability company organized and existing under the laws of the state of Ohio, with its principal place of business in North Carolina.

5. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1-50 and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants is in some manner responsible in some manner for the occurrences herein alleged and that Plaintiff's injuries as herein alleged were proximately caused by the aforementioned defendants.

6. Plaintiff is informed and believes and thereon alleges that at all relevant times each of the defendants was the agent, employee, partner, joint venturer, of each of the remaining defendants, in doing the things hereinafter alleged they were acting within the course and scope of such agency, employment, partnership, and joint venture, and, they authorized, ratified, aided, abetted, encouraged, and counseled the doing of the things hereinafter alleged.

## GENERAL ALLEGATIONS

7. In August 2012, Davenport commenced his career with SalesForce4Hire as a Sales Representative. Davenport excelled in his role as a Sales Representative. He always made his quota and was never disciplined. His performance was rewarded with a promotion to the Regional Manager of the West Coast. Davenport continued his superb performance as the Regional Manager.

8. In August of 2015, Davenport began to have health problems. After Davenport's health problems were disclosed to SalesForce4Hire, SalesForce4Hire began to retaliate against Davenport and placed him on a performance improvement plan.

9. Davenport's health continued to deteriorate. On November 9, 2015, Davenport was admitted to the hospital and sent a doctor's note to confirm his hospitalization. Salesforce4Hire responded by stating Davenport was not eligible for FMLA and that if he did not return to work on November 11, 2015 he would be fired.

10. On November 11, 2015, Davenport sent a doctor's note, which stated he was still hospitalized and would be discharged on November 24, 2015. SalesForce4Hire, however, refused to grant Davenport a leave of absence and instead terminated his employment. By doing so, SalesForce4Hire violated the Fair Employment and Housing Act by not accommodating his disability and terminating him because of his disability.

11. Davenport has exhausted all administrative requirements prior to filing this lawsuit. Attached as Exhibit A is his right to sue.

## FIRST CAUSE OF ACTION

## DISABILITY DISCRIMINATION IN VIOLATION OF THE FEHA

(Gov't Code § 12940 *et seq.*)

12. Davenport incorporates herein each of the foregoing paragraphs as though fully set forth herein.

13. The California Fair Employment and Housing Act prohibits discrimination against employees with disabilities. During the relevant time period, Davenport suffered and/or was regarded as suffering from depression, panic disorder, and gastro-intestinal distress, physical and/or mental disabilities as defined by Government Code Section 12926(i) and (k).

14. As set forth above, in August of 2015, Davenport began to have health problems. In November 20015, his health deteriorated to the point where he needed to be hospitalized. Davenport required a leave of absence as a reasonable accommodations to treat his disability. Defendants retaliated against Davenport for requesting the leaves of absence.

15. Defendant terminated Davenport because of his disability in violation of the Fair Employment and Housing Act.

16. As a result of this unlawful termination and Defendant's illegal conduct, Davenport has suffered and will continue to suffer loss of income, loss of earning capacity, loss

of employment benefits, mental and emotional distress, and other damages in an amount according to proof.

17. In terminating Davenport as described herein, Defendant acted with oppression, fraud and malice, in conscious derogation of Davenport's rights under applicable law. Davenport is entitled to punitive damages in an amount to be determined at trial, which amount would be appropriate to punish or set and example of Defendant.

WHEREFORE, Plaintiff prays for relief as set forth below.

## SECOND CAUSE OF ACTION
## FAILURE TO PROVIDE A REASONABLE ACCOMMODATION OR ENGAGE IN THE INTERACTIVE PROCESS
(Gov't Code § 12940 *et seq.*)

18. Davenport incorporates herein each of the foregoing paragraphs as though fully set forth herein.

19. The Fair Employment and Housing Act requires employers to provide reasonable accommodations to employees with a disabilities. During the relevant time period, Davenport suffered and/or was regarded as suffering from depression, panic disorder, and gastro-intestinal distress, physical and/or mental disabilities as defined by Government Code Section 12926(i) and (k).

20. As set forth above, in August of 2015, Davenport began to have health problems. In November 20015, his health deteriorated to the point where he needed to be hospitalized. Davenport required a leave of absence as a reasonable accommodations to treat his disability. Defendants retaliated against Davenport for requesting the leaves of absence.

21. Defendants refused to grant Davenport the reasonable accommodations he requested and refused to engage in the interactive process. Defendant's failure to engage in the interactive process violates Government Code Section 12940(n).

22. As a result of Defendant illegal conduct, Davenport has suffered and will continue to suffer loss of income, loss of earning capacity, loss of employment benefits, mental and emotional distress, and other damages in an amount according to proof.

23. In conducting as described herein, Defendant acted with oppression, fraud and malice, in conscious derogation of Davenport's rights under applicable law. Davenport is entitled to punitive damages in an amount to be determined at trial, which amount would be appropriate to punish or set and example of Defendant.

WHEREFORE, Plaintiff prays for relief as set forth below.

## THIRD CAUSE OF ACTION

## RETALIATION IN VIOLATION OF THE FEHA

### (Gov't Code § 12940 *et seq.*)

24. Davenport incorporates herein each of the foregoing paragraphs as though fully set forth herein.

25. The Fair Employment and Housing Act prohibits employer from retaliating against employees for exercising their rights under the FEHA. As set forth above, Davenport requested reasonable accommodations for her disability, a right she has under the FEHA. Defendants retaliated against Davenport for requesting a reasonable accommodation for his disability.

26. As a result of Defendants illegal conduct, Davenport has suffered and will continue to suffer loss of income, loss of earning capacity, loss of employment benefits, mental and emotional distress, and other damages in an amount according to proof.

27. In conducting as described herein, Defendants acted with oppression, fraud and malice, in conscious derogation of Davenport's rights under applicable law. Davenport is entitled to punitive damages in an amount to be determined at trial, which amount would be appropriate to punish or set and example of Defendants.

WHEREFORE, Plaintiff prays for relief as set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1. For compensatory damages in amounts to be determined at trial;
2. For punitive damages in amount to be determined at trial;
3. For pre-judgment interest to the extent permitted by law;

4. For an award of attorneys' fees, costs and expenses incurred in the prosecution of this action and

5. For such other and further relief as the Court may deem proper.

///

                                              BROWNSTEIN THOMAS, LLP

DATED: April 12, 2016

                                              */S/ Mark C. Thomas*
                                              MARK C. THOMAS
                                              Attorney for Plaintiff
                                              Michael Davenport

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues raised in the Complaint.

BROWNSTEIN THOMAS, LLP

DATED: April 12, 2016

/S/ Mark C. Thomas
MARK C. THOMAS
Attorney for Plaintiff
Michael Davenport

# EXHIBIT A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency          GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**          DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

April 12, 2016

Mike Davenport
353 Sacramento Street  Suite 1140
San Francisco, California 94111

RE: **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 23900-222078
Right to Sue: Davenport / Salesforce4hire, LLC

Dear Mike Davenport,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 12, 2016 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing AgencyGOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

Enclosures

cc:

# COMPLAINT OF EMPLOYMENT DISCRIMINATION

## BEFORE THE STATE OF CALIFORNIA

## DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)

In the Matter of the Complaint of            DFEH No. 23900-222078
Mike Davenport, Complainant.
353 Sacramento Street  Suite 1140
San Francisco, California 94111

vs.

Salesforce4hire, LLC, Respondent.
5301 Newstead Manor Lane
Raleigh, North Carolina 27606

Complainant alleges:

1. Respondent **Salesforce4hire, LLC** is a **Private Employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.). Complainant believes respondent is subject to the FEHA.

2. On or around **November 11, 2015**, complainant alleges that respondent took the following adverse actions against complainant: **Discrimination, Retaliation Denied a good faith interactive process, Denied a work environment free of discrimination and/or retaliation, Denied reasonable accommodation, Terminated,** Complainant believes respondent committed these actions because of their: **Disability, Engagement in Protected Activity, Family Care or Medical Leave, Medical Condition [including cancer or cancer related medical condition or genetic characteristics]**.

3. Complainant **Mike Davenport** resides in the City of **San Francisco**, State of **California**  If complaint includes co-respondents please see below.

**Additional Complaint Details:**

In August 2012, Davenport commenced his career with SalesForce4Hire as a Sales Representative. Davenport excelled in his role as a Sales Representative. He always made his quota and was never disciplined. His performance was rewarded with a promotion to the Regional Manager of the West Coast. Davenport continued his superb performance as the Regional Manager.

In August of 2015, Davenport began to have health problems. After Davenports health problems were disclosed to SalesForce4Hire, SalesForce4Hire began to retaliate against Davenport and placed him on a performance improvement plan.

Davenports health continued to deteriorate. On November 9, 2015, Davenport was admitted to the hospital and sent a doctors note to confirm his hospitalization. Salesforce4Hire responded by stating Davenport was not eligible for FMLA and that if he did not return to work on November 11, 2015 he would be fired.

On November 11, 2015, Davenport sent a doctors note, which stated he was still hospitalized and would be discharged on November 24, 2015. SalesForce4Hire, however, refused to grant Davenport a leave of absence and instead terminated his employment. By doing so, SalesForce4Hire violated the Fair Employment and Housing Act by not accommodating his disability and terminating him because of his disability.

## VERIFICATION

I, **Mark C. Thomas**, am the Attorney for Complainant in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

On April 12, 2016, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

San Francisco, California<br>**Mark C. Thomas**

DFEH 902-1

-7-
*Complaint – DFEH No. 23900-222078*
Date Filed: April 12, 2016